1818.

MASON
v.
ROOSEVELT.

---◁+◁---

### MASON *against* ROOSEVELT and others.

On a reference to a Master, aged witnesses residing in a distant part of the state, may be examined on interrogatories, before a Master in the county where they reside, under the directions of the Master before whom the reference is pending; and examinations so taken, may be used on the reference, saving all just exceptions.

*J. Emott*, for the defendants, on an affidavit, stating that two witnesses were aged, and could not, without great trouble, inconvenience, and expense, be taken before the Master, who resided in a distant part of the state, as witnesses, on a reference pending before him, moved for leave to take their examinations before a Master, in the county where the witnesses resided.

*The Court* granted the motion; and *ordered*, that these witnesses be examined before a Master in the county in which they reside, on interrogatories to be approved by

*December* 26th.

1818.

MASON
v.
ROOSEVELT.

the Master before whom the reference is pending, and on giving such notice as the said Master may direct; and that the defendants shall have liberty to use such examinations on the reference, saving all just exceptions.

END OF THE CASES.